UNITED STATES DISTRICT COURT
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

TERESA L. DEPPNER
CLERK OF COURT

MAILING ADDRESS:
P. O. BOX 3924
CHARLESTON, WV 25339-3924

STREET ADDRESS:
300 VIRGINIA STREET EAST
SUITE 2400
CHARLESTON, WV 25301

TELEPHONE ( 304) 347-3000

September 7, 2004



**HAND DELIVERY**
Grant Preece, Clerk
Circuit Court of Mingo County
Mingo County Courthouse
PO Box 1198
Williamson, WV 25661

Re:   Marsha A. West v. Harley-Davidson Motor Company, Inc., et al
      Civil Action No. 2:04-0694; Your Civil Action No. 04-C-200

Dear Mr. Preece:

The above civil action was remanded to the Circuit Court of Mingo County pursuant to the Order entered September 1, 2004, by the Honorable Joseph R. Goodwin.

Enclosed please find the file maintained for this case during its pendency in our Court and a certified copy of the docket sheet. Please note that a certified copy of the Order has been substituted in lieu of the original.

Please acknowledge receipt of the enclosed on the copy of this letter attached for that purpose.

Very truly yours,

TERESA L. DEPPNER, CLERK OF COURTS

By: _____
    Deputy Clerk

Enclosures
/taq

Receipt is hereby acknowledged of the items described herein.

Date: _____

CATHY GATSON, CLERK
CIRCUIT COURT OF KANAWHA COUNTY

By: _____
    Clerk